JACOB KAISER, Respondent, *v.* SVEA ASSURANCE COMPANY OF GOTHENBURG, SWEDEN, Appellant, Impleaded with Others.

*Kaiser* v. *Svea Assurance Co.*, 59 App. Div. 625, affirmed.
(Submitted November 24, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 22, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Seward A. Simons* for appellant.

*Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JACOB KAISER, Respondent, *v.* FIRE ASSOCIATION OF PHILADELPHIA, Appellant, Impleaded with Others.

*Kaiser* v. *Fire Association of Philadelphia*, 59 App. Div. 625, affirmed.
(Submitted November 24, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 22, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Seward A. Simons* for appellant.

*Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.